UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
:
P.T., et al.,                                                   :
                                                                :
                        Plaintiffs,                             :
                                                                :       21-CV-6740 (JMF)
            -v-                                                 :
                                                                :       ORDER
THE ROCKEFELLER UNIVERSITY, et al.,                             :
                                                                :
                        Defendants.                             :
                                                                :
----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On August 10, 2021, Plaintiffs filed a Complaint in which they invoked the Court's subject-matter jurisdiction pursuant to 28 U.S.C. § 1332.  *See* ECF No. 1, ¶ 15.  Although Plaintiffs state that they "are citizens of a different state than Defendant," they merely allege their states of residence, not their states of citizenship.  *Id.* ¶¶ 8-11, 15.  This is not enough.  *See, e.g.*, *Davis v. Cannick*, No. 14-CV-7571 (SJF) (SIL), 2015 WL 1954491, at *2 (E.D.N.Y. Apr. 29, 2015) ("[A] conclusory allegation in the Complaint regarding diversity of citizenship does not extinguish the Court's responsibility to determine, on its own review of the pleadings, whether subject matter jurisdiction exists.  For the purpose of diversity jurisdiction, a statement of the parties' residence is insufficient to establish their citizenship." (internal quotation marks and citation omitted)); *see also, e.g.*, *Linardos v. Fortuna*, 157 F.3d 945, 948 (2d Cir. 1998) ("For purposes of diversity jurisdiction, a party's citizenship depends on his domicile."); *Canedy v. Liberty Mut. Ins. Co.,* 126 F.3d 100, 103 (2d Cir. 1997) ("[A[llegations of residency alone cannot establish citizenship . . . .").

      Accordingly, no later than **August 19, 2021**, Plaintiffs shall file an amended complaint properly alleging the *citizenship* of each party to this action.  If, by that date, Plaintiffs do not file an amended complaint establishing this Court's subject-matter jurisdiction, the Court will dismiss the case without prejudice and without further notice to any party.

      SO ORDERED.

Dated: August 12, 2021
       New York, New York                        _____
                                                           JESSE M. FURMAN
                                             United States District Judge