# CUTI HECKER WANG LLP

305 BROADWAY, SUITE 607
NEW YORK, NEW YORK 10007

ALEXANDER GOLDENBERG
212 620 2607 TEL
212 620 2617 FAX

AGOLDENBERG@CHWLLP.COM

October 7, 2021

**By ECF**

Application GRANTED.  The initial pretrial conference currently scheduled for October 27, 2021, is hereby ADJOURNED to **December 8, 2021**, at **3:00 p.m.**  The Clerk of Court is directed to terminate ECF No. 10.

Honorable Jesse M. Furman
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

SO ORDERED.

October 7, 2021

Re:    *P.T. et al v. The Rockefeller University*, No. 21-cv-06740-JMF

Dear Judge Furman:

This firm represents the plaintiffs in the above-referenced matter.  We respectfully submit this letter to request that the Court adjourn the Initial Pretrial Conference scheduled for October 27, 2021 until the week of December 6, 2021, or a convenient time for the Court thereafter.

At this time, Plaintiffs have not yet served Defendant and Defendant's time to answer or move has not begun to run.  In the interim, the parties are engaged in active settlement negotiations, which they wish to continue without expending resources in the litigation or imposing any burden on the Court.  The parties have identified a mutually agreeable timeframe for an adjournment, which they believe will leave enough time for productive discussions, while ensuring that the litigation proceeds promptly if the case is not resolved.

This is the first request for an adjournment of the Initial Pretrial Conference, and it is submitted with Defendant's consent.  Other than the conference currently scheduled for October 27, 2021, there is no other appearance presently scheduled before the Court.

We thank Your Honor for your consideration of this letter.

Respectfully Submitted,

Alexander Goldenberg