UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                         :

P.T., et al.,

                               Plaintiffs,          :          21-CV-6740 (JMF)

                    -v-                        :             ORDER

THE ROCKEFELLER UNIVERSITY,

                              Defendant.        :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As noted in the Court's April 5, 2022 Scheduling Order, ECF No. 29, in light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Counsel should submit their proposed case management plan and joint letter by the Thursday prior to the conference, as directed in the Court's earlier Scheduling Order.  In their joint letter, the parties should also indicate whether they can do without a conference altogether.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone using the teleconference information included in the Court's April 5, 2022 Scheduling Order, ECF No. 29.  Counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: April 18, 2022
      New York, New York

                                        JESSE M. FURMAN
                                    United States District Judge